NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EBATES PERFORMANCE MARKETING, INC.,
dba Rakuten Rewards,**
*Appellant*

v.

**INTERNATIONAL BUSINESS MACHINES
CORPORATION,**
*Appellee*

---

2024-1232

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-00438.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2            EBATES PERFORMANCE MARKETING, INC. V. IBM

(2) Each side shall bear their own costs.

FOR THE COURT

April 29, 2024
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** April 29, 2024